B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re **Vernon Healthcare Providers, LLC**  Case No. **10-70456**
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Covenant Care Centers, LLC<br>16203 Chasemore<br>Spring, TX 77379 | Covenant Care Centers, LLC<br>16203 Chasemore<br>Spring, TX 77379 | Management fee | | 31,000.00 |
| Wood Family Enterprises, Inc.<br>16203 Chasemore<br>Spring, TX 77379 | Wood Family Enterprises, Inc.<br>16203 Chasemore<br>Spring, TX 77379 | Facility lease | | 26,000.00 |
| TXU Electric<br>PO Box 650654<br>Dallas, TX 75265 | TXU Electric<br>PO Box 650654<br>Dallas, TX 75265 | Electricity | | 22,686.36 |
| Pharmerica<br>PO Box 409251<br>Atlanta, GA 30384 | Pharmerica<br>PO Box 409251<br>Atlanta, GA 30384 | Pharmacy supplies | | 17,289.39 |
| McKesson Medical Supply<br>5050 Kingsley Dr.<br>Cincinnati, OH 45263 | McKesson Medical Supply<br>5050 Kingsley Dr.<br>Cincinnati, OH 45263 | Medical supplies | | 13,754.88 |
| City of Vernon<br>1725 Wilbarger<br>Vernon, TX 76384 | City of Vernon<br>1725 Wilbarger<br>Vernon, TX 76384 | Water and trash removal | | 2,338.51 |
| Suddenlink<br>PO Box 139400<br>Tyler, TX 75713 | Suddenlink<br>PO Box 139400<br>Tyler, TX 75713 | Cable | | 1,564.54 |
| Atmos Energy<br>PO Box 78108<br>Phoenix, AZ 85052 | Atmos Energy<br>PO Box 78108<br>Phoenix, AZ 85052 | Natural gas | | 732.37 |
| Wilbarger General Hospital<br>920 Hillcrest Drive<br>Vernon, TX 76384 | Wilbarger General Hospital<br>920 Hillcrest Drive<br>Vernon, TX 76384 | Lab tests | | 635.36 |
| AT&T<br>PO Box 5001<br>Carol Stream, IL 60197 | AT&T<br>PO Box 5001<br>Carol Stream, IL 60197 | Telephone | | 529.01 |
| Name Tags<br>175 W. 2700 S.<br>Salt Lake City, UT 84115 | Name Tags<br>175 W. 2700 S.<br>Salt Lake City, UT 84115 | Badges | | 432.97 |
| Metro Stat<br>325 Gold St., #100<br>Garland, TX 75042 | Metro Stat<br>325 Gold St., #100<br>Garland, TX 75042 | Radiology services | | 365.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Vernon Healthcare Providers, LLC**  
　　　　　　　　　Debtor(s)

Case No.  **10-70456**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Oak Creek** PO Box 85 Campbell, NE 68932 | **Oak Creek** PO Box 85 Campbell, NE 68932 | **Dairy products** | | **316.58** |
| **USA Marketing** 328 W. Main St., Ste. 11 Azle, TX 76020 | **USA Marketing** 328 W. Main St., Ste. 11 Azle, TX 76020 | **Marketing mateials** | | **308.95** |
| **Medical Disposal Services** PO Box 4765 Wichita Falls, TX 76308 | **Medical Disposal Services** PO Box 4765 Wichita Falls, TX 76308 | **Medical waste disposal** | | **300.00** |
| **American Leasing** PO Box 4477 Wichita Falls, TX 76308 | **American Leasing** PO Box 4477 Wichita Falls, TX 76308 | **Copier lease** | | **231.18** |
| **Briggs Corporation** PO Box 1355 Des Moines, IA 50305 | **Briggs Corporation** PO Box 1355 Des Moines, IA 50305 | **Nursing supplies** | | **200.00** |
| **Ecolab** PO Box 70343 Chicago, IL 60673 | **Ecolab** PO Box 70343 Chicago, IL 60673 | **Chemicals** | | **197.74** |
| **Flower Shop** 2404 Wilbarger Vernon, TX 76384 | **Flower Shop** 2404 Wilbarger Vernon, TX 76384 | **Florist** | | **178.62** |
| **Art's Home Pest Control** PO Box 1049 Wichita Falls, TX 76307 | **Art's Home Pest Control** PO Box 1049 Wichita Falls, TX 76307 | **Pest control** | | **162.38** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October  5, 2010**　　　　　　　　Signature  **/s/ Ron Sanborn**  
　　　　　　　　　　　　　　　　　　　　　　　　**Ron Sanborn**  
　　　　　　　　　　　　　　　　　　　　　　　　**Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.